THERESA SENIOR, an Infant, by ANNA SENIOR, Her Guardian ad Litem, Appellant, v. STAR COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott and Davis, JJ.

VICTOR CASAZZA and Another, Appellants, v. ALESSANDRO BOLOGNESI and Others, Respondents.— Judgment affirmed, with costs to respondents Mechanics and Metals National Bank and with disbursements to other respondents. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

HARRY FRANKEL, Respondent, v. ABRAHAM PETERS and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

WINFRED S. GILES, Respondent, v. EDWARD LANGER PRINTING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KATHERINE M. KAYE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK ABARNO and CARMINE CARBONE, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARDO DE VIZZIO, Appellant, Impleaded with Another.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

JOSEPH HENTSCHEL, Appellant, v. PLAZA OPERATING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.; Shearn, J., dissented.

SAMUEL S. WATSON, Appellant, v. JACOB B. ROSS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.